Decided April 24, 1995

MADELINE BRUNELLI *v.* JOHN B. THOMPSON, JR., ET AL.*

The petition of the defendant Southington Board of Education for certification for appeal from the Appellate Court (AC 14292) is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly grant the motion to dismiss the appeal of the intervening plaintiff?"

The Supreme Court docket number is SC 15247.

*Anne Kelly Zovas,* in support of the petition.

*Andrew C. Stabnick,* in opposition.

Decided April 24, 1995